# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| 4457528 Canada Inc. (d/b/a Traffic Technologies) and Signalisation Ver-Mac, Inc., | Civil No. 08-1307 (RHK/JSM) |
| Plaintiffs, | **ORDER** |
| v. | |
| The Scientex Corporation, | |
| Defendant. | |

Pursuant to the parties' Stipulation (Doc. No. 25), **IT IS ORDERED** that Plaintiff Signalisation Ver-Mac, Inc. is **DISMISSED WITHOUT PREJUDICE** as a party in this litigation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  October 8, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge